**DISMISS; and Opinion Filed November 3, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01506-CV

**DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM, Appellant**

**V.**

**JAMES RODGERS, IV INDIVIDUALLY AND JAMES RODGERS III AND BECKY RODGERS AS NEXT FRIEND JAMES RODGERS, IV, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01728**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Brown, and Schenck
Opinion by Justice Brown

Appellant's brief in this case is overdue. By postcard dated July 30, 2015, we notified appellant the time for filing its brief had expired. We directed appellant to file both its brief and an extension motion within ten days. We cautioned appellant that failure to file its brief and extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed its brief, an extension motion, or otherwise corresponded with the Court regarding the status of its brief

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b)(c).

/Ada Brown/
ADA BROWN
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DALLAS COUNTY HOSPITAL
DISTRICT D/B/A PARKLAND HEALTH
& HOSPITAL SYSTEM, Appellant

No. 05-14-01506-CV          V.

JAMES RODGERS, IV INDIVIDUALLY
AND JAMES RODGERS III AND BECKY
RODGERS AS NEXT FRIEND JAMES
RODGERS, IV, Appellees

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-01728.
Opinion delivered by Justice Brown. Justices
Lang-Miers and Schenck participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees James Rodgers, IV Individually and James Rodgers III and Becky Rodgers as Next Friend James Rodgers, IV recover its costs, if any, of this appeal from appellant Dallas County Hospital District D/B/A Parkland Health & Hospital System.

Judgment entered this 3rd day of November, 2015.